CTJ
ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 12 2015
CLERK, U.S. DISTRICT COURT
By ___TS___
       Deputy
```

Maria Vara
_____
Plaintiff

v.

Sun Life Financial
_____
Defendant

Civil Action No. 4-15 CV 863-A

## MOTION FOR THE APPOINTMENT OF COUNSEL

I request that the Court appoint an attorney to represent me in the matter cited above. In support of this motion I have attached the following:

1. An affidavit relating to my ability to pay costs and fees.

2. Other material, if any.

Email MariaVara1967@yahoo.com

I have made the following efforts to obtain counsel from legal aid or legal services organizations or individual attorneys without payment of a fee or on a contingent fee basis, and have been unable to obtain the services of counsel:

① Atkins & Associates
② Bernard Guerrini
③ Frankel Newfield.com

Date: 11-5-15
Signature: Maria Vara
Print Name: Maria Vara
Address: 100 Comanche Co Rd 335
City, State, Zip: Dublin Tx 76446
Telephone: 254.485.1314

Email MariaVara1967@yahoo.com



UNITED STATES DISTRICT COURT
1100 COMMERCE STREET # 1452
DALLAS, TX 75242



Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

FROM:

Maria Vara
100 Comanche Co. Rd. 335
Dublin, TX 76446

RECEIVED
NOV 12 2015
12:30
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS


Retail

TO:

U.S. District Court
501 W. 10th, Room 310
Fort Worth, TX 76102

US POSTAGE PAID
$2.74

Origin: 76446
Destination: 76102
0 Lb 3.90 Oz
Nov 10, 15
4826200446-01        1022

USPS FIRST-CLASS MAIL ®

C024

USPS TRACKING NUMBER

9500 1111 5441 5314 0170 56

8 1/2" x 12"