U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 25 2015

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARIA VARA, | § | |
| | § | |
| VS. | § | CIVIL NO.4:15-CV-863-A |
| | § | |
| SUN LIFE FINANCIAL | § | |

### FINAL JUDGMENT

In accordance with the order issued this same day,

The court ORDERS, ADJUDGES, and DECREES that all claims asserted by Plaintiff in this action be, and are hereby, DISMISSED.

SIGNED November 25 2015.

_____
JOHN H. McBRYDE
United States District Judge